25-51418   Dkt 3   Filed 09/24/25   Entered 09/24/25 10:52:01   Page 1 of 1

```
GABRIANNA MORRIS-MCDONALD      COMENITY BANK
4018 FORREST RD                ATTN: BANKRUPTCY DEPT
TYLERTOWN, MS 39667            PO BOX 182125
                               COLUMBUS, OH 43218


THOMAS C. ROLLINS, JR.         DILLARDS/CBNA
THE ROLLINS LAW FIRM, PLLC     PO BOX 6497
P.O. BOX 13767                 SIOUX FALLS, SD 57117
JACKSON, MS 39236


AFFIRM, INC.                   FIRST PREMIER BANK
ATTN: BANKRUPTCY               3820 N LOUISE AVE
650 CALIFORNIA ST              SIOUX FALLS, SD 57107
FL 12
SAN FRANCISCO, CA 94108


AMERICAN HONDA FINANCE         JYDARIONE MCDONALD
PO BOX 168128                  363 MAGNOLIA PL
IRVING, TX 75016               LAUREL, MS 39443


CAPITAL ONE                    LENDING CLUB
ATTN: BANKRUPTCY               ATTN: BANKRUPTCY
P.O. BOX 30285                 595 MARKET STREET, SUITE 200
SALT LAKE CITY, UT 84130       SAN FRANCISCO, CA 94105


CAPITAL ONE AUTO               NAVY FCU
ATTN: BANKRUPTCY               ATTN: BANKRUPTCY
7933 PRESTON RD                P.O.BOX 3000
PLANO, TX 75024                MERRIFIELD, VA 22119


CENTURY FIRST CU               NELNET
3318 HARDY STREET              P.O. BOX 82561
HATTIESBURG, MS 39401          LINCOLN, NE 68501


CITI CARD/BEST BUY             SYNCHRONY
ATTN: BANKRUPTCY               ATTN: BANKRUPTCY
PO BOX 790040                  PO BOX 965064
ST LOUIS, MO 36179             ORLANDO, FL 32896


CITIBANK                       TOYOTA FINANCIAL
ATTN: BANKRUPTCY               ATTN: BANKRUPTCY
P.O.BOX 790046                 PO BOX 22171
ST. LOUIS, MO 63179            TEMPE, AZ 85285
```