# CERTIFICATE OF TITLE

Form # 79-001

## STATE OF MISSISSIPPI

**ORIGINAL**

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 4T1K61AK0RU231611 | TOYT | 2024 | CAMRY | SD | MS1531809024 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 03/26/2024 | 02/23/2024 | 4 | NEW | PC | 90 ACTUAL |

**OWNER(S)**

MORRIS, GABRIANNA
4018 FORREST RD
TYLERTOWN MS 39667-6706

**BRANDS**

**BENEFICIARY**

**1ST LIENHOLDER**

TOYOTA MOTOR CREDIT CORPORATION
PO BOX 30203
COLLEGE STATION TX 77842-3203

☐ Fully Autonomous Vehicle

DATE: 02/23/2024

**2ND LIENHOLDER**

DATE:

**MAIL TO**

TOYOTA MOTOR CREDIT CORPORATION
PO BOX 30203
COLLEGE STATION TX 77842-3203

M294-1



LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____ BY _____
         (LIENHOLDER)                (SIGNATURE AND TITLE)
THIS _____ DAY OF _____ 20_____

2ND LIEN _____ BY _____
         (LIENHOLDER)                (SIGNATURE AND TITLE)
THIS _____ DAY OF _____ 20_____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE 26TH DAY OF MARCH 20 24

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

CONTROL NUMBER

**MISSISSIPPI DEPARTMENT OF REVENUE**

**VOID IF ALTERED**