**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:
Gabrianna Morris-McDonald,                                                                **CHAPTER 7**
     Debtor                                                                            **CASE NO.: 25-51418-KMS**

### CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules, Toyota Motor Credit Corporation, a party to a contested matter Miss. Bankr. L.R. 9014(c) makes the following disclosures:

The following entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interests are listed below:

      1.     Toyota Financial Services International Corporation

                                       Respectfully submitted,

                                       **BENNETT LOTTERHOS SULSER**
                                       **& WILSON, P.A.**

                                       /s/ Charles Frank Fair Barbour

**Charles Frank Fair Barbour, MSB # 99520**
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1488
Madison, Mississippi  39130
Telephone:    (601) 944-0466
Facsimile:     (601) 944-0467
cbarbour@blswlaw.com